IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 76.98.27.154

**ISP:** Comcast Cable
**Physical Location:** Pottstown, PA

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 12/21/2018 15:25:28 | 64543C72681411D76A22BA9D85DE003071FF53ED | Lingerie Birthday Surprise |
| 12/21/2018 15:25:24 | 914C9908FCC37668E9E2D55F54B8F520093230E1 | California Couple Cumming in Malibu |
| 01/22/2018 02:52:53 | 463F73D49530FC53A05A7D4AC405F14CDB3FF5C9 | Watch Me Cum For You |
| 01/22/2018 02:31:05 | AB2EFD6A4F586BE75346B5ACD568B6D94D9DD74C | Would You Fuck My Girlfriend |
| 01/22/2018 02:03:48 | ABAF93A6E2F868765C236D60E7770E16CBABF40E | Five Reasons to Love Sex with Blondes |
| 01/22/2018 01:20:52 | 71D362F0AE6CE4E6E19C62D7824019BE1F25443A | Black Lace and Blonde Hair in My Bed |

**Total Statutory Claims Against Defendant: 6**

EXHIBIT A

EPA794